1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7    JOHN MICHAUD,                              )
8                          Plaintiff,           )        Case No. 2:08-cv-01371-MMD-PAL
                                                )
9    vs.                                        )        <u>**ORDER**</u>
                                                )
10   DR. ROBERT BANNISTER, et al.,              )
                                                )
11                         Defendants.          )
     _____)
12
13          This is a pro se prisoner civil rights action.  On December 26, 2012, the district judge entered an

14   Order (Dkt. #69) denying Defendants' motion for summary judgment, and denying Plaintiff's motion to

15   strike.  Pursuant to LR 26-1(e)(5), the parties were required to file the joint pretrial order no later than

16   30 days from decision of dispositive motions.  To date, the parties have not complied.  Accordingly,

17          **IT IS ORDERED** that the parties shall file a joint pretrial order which fully complies with LR

18   16-3, 16-4, and 26-1(e)(6), no later than **March 13, 2013.**

19          Dated this 13th day of February, 2013.

20
21                                                      _____
                                                        Peggy A. Leen
22                                                      United States Magistrate Judge
23
24
25
26
27
28