# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN MICHAUD,

          Plaintiff,          Case No. 2:08-cv-01371-MMD-PAL

vs.                                 **ORDER**

DR. ROBERT BANNISTER, et al.,

          Defendants.

This is a pro se prisoner civil rights action. On December 26, 2012, the district judge entered an Order (Dkt. #69) denying Defendants' motion for summary judgment, and denying Plaintiff's motion to strike. Pursuant to LR 26-1(e)(5), the parties were required to file the joint pretrial order no later than 30 days from decision of dispositive motions. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that the parties shall file a joint pretrial order which fully complies with LR 16-3, 16-4, and 26-1(e)(6), no later than **March 13, 2013.**

Dated this 13th day of February, 2013.

                                                  Peggy A. Leen
                                                  United States Magistrate Judge