UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN MICHAUD,<br><br>    Plaintiff,<br><br>v.<br><br>DR. ROBERT BANNISTER, et al.,<br><br>    Defendants. | Case No. 2:08-cv-01371-MMD-PAL<br><br>ORDER |

Pursuant to Local Rule 16-5, it is ordered that the parties schedule a settlement conference with the Magistrate Judge.

DATED THIS 11th day of April 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE