UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JOHN MICHAUD, | Case No. 2:08-cv-01371-MMD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DR. ROBERT BANNISTER, et al., | |
| Defendants. | |

Pursuant to Local Rule 16-5, it is ordered that the parties schedule a settlement conference with the Magistrate Judge.

DATED THIS 11th day of April 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE