CATHERINE CORTEZ MASTO
Attorney General
KELLY M. SMITH
Deputy Attorney General
Nevada Bar No. 9192
Bureau of Litigation
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Tel: 702-486-3420
Fax: 702-486-3773
E-mail: ksmith@ag.nv.gov
*Attorneys for Defendants*
*Bannister and Williams.*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAUD, | )<br>) |
| Plaintiff, | ) Case No. 2:08-cv-01371-MMD-PAL<br>) |
| v. | )<br>) **STIPULATION AND ORDER TO**<br>) **DISMISS WITH PREJUDICE** |
| DR. ROBERT BANNISTER, *et. al.*, | )<br>) |
| Defendants. | ) |

COMES NOW, Plaintiff, JOHN MICHAUD and Defendants DR. ROBERT BANNISTER and WARDEN BRIAN WILLIAMS, by and through counsel of record, CATHERINE CORTEZ MASTO, Nevada Attorney General, and KELLY M. SMITH, Deputy Attorney General, and hereby stipulate and agree that all proceedings in the above-captioned matter be dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

///

///

///

///

1


WHEREFORE, the parties hereby request that this Court issue an Order dismissing the above-entitled action in its entirety with prejudice

DATED: September 10TH, 2013

_____
John Michaud
*Plaintiff in proper person*

DATED: September 12, 2013.

CATHERINE CORTEZ MASTO
Nevada Attorney General

_____
KELLY M. SMITH
Nevada Bar No. 9192
Deputy Attorney General
Litigation Division
*Attorney for Defendants*

### ORDER

The Court having considered the Stipulation submitted by the parties hereto and good cause appearing therefore,

IT IS HEREBY ORDERED that the above entitled action Case No. 2:08-cv- 01371-MMD-PAL is hereby dismissed in its entirety with prejudice, with all parties to bear their own attorney's fees and costs.

DATED this 12th day of September, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

CATHERINE CORTEZ MASTO
Nevada Attorney General

By: _____
KELLY M. SMITH
Deputy Attorney General
Litigation Division